UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN M. SCHAEFFER : | |
| Plaintiff, : | |
| v. : | |
| : | |
| METLIFE, INC.; JEFFREY R. KURTZ; : | CIVIL ACTION NO. 5:13-cv-03929 |
| and, RONNIE S. BLAUFARB : | |
| Defendants. : | |

## NOTICE

Plaintiff respectfully requests that her Motion to Strike (document 15) be **WITHDRAWN**.

                        */s/ Thomas More Holland, Esquire*
                        Thomas More Holland, Esquire
                        Attorney for Plaintiff

DATE: October 2, 2013

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN M. SCHAEFFER : | |
| Plaintiff, : | |
| v. : | |
| : | |
| METLIFE, INC.; JEFFREY R. KURTZ; : | CIVIL ACTION NO. 5:13-cv-03929 |
| and, RONNIE S. BLAUFARB : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Thomas More Holland, Esquire, hereby certify that on this 2nd day of October, 2013, a true and correct copy of the forgoing Notice Withdrawing Motion to Strike was served via e-filing upon the following parties:

Joseph C. O'Keefe, Esquire
Proskauer Rose, LLP
One Newark Center, 18th Floor
Newark, NJ   07102

Barry L. Cohen, Esquire
Sean S. Litz, Esquire
Royer Cooper Cohen Braunfield, LLC
101 W. Elm Street, Suite 220
Conshohocken, PA 19428

Kathleen M. Mills, Esquire
Fitzpatrick Lentz & Bubba, PC
4001 Schoolhouse Lane
Center Valley, PA 18034

*/s/ Thomas More Holland, Esquire*
Thomas More Holland, Esquire
Attorney for Plaintiff