UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN M. SCHAEFFER : | |
| Plaintiff, : | |
| v. : | |
| : | |
| METLIFE, INC.; JEFFREY R. KURTZ; : | CIVIL ACTION NO. 5:13-cv-03929 |
| and, RONNIE S. BLAUFARB : | |
| Defendants. : | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff dismisses the instant action without prejudice. It is respectfully requested the hearing for November 14, 2013 be cancelled.

Respectfully submitted,

/s/ Thomas More Holland
THOMAS MORE HOLLAND, ESQUIRE
Attorney for Plaintiff,
Kathleen Schaeffer

DATE: November 8, 2013

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

KATHLEEN M. SCHAEFFER : 
        Plaintiff, : 
v. : 
 : 
METLIFE, INC.; JEFFREY R. KURTZ; :   CIVIL ACTION NO. 5:13-cv-03929
and, RONNIE S. BLAUFARB : 
        Defendants. : 

---

## CERTIFICATE OF SERVICE

I, Thomas More Holland, Esquire, hereby certify that on this 8th day of November, 2013, a true and correct copy of the forgoing Notice of Dismissal was served via e-filing upon the following parties:

Joseph C. O'Keefe, Esquire
Proskauer Rose, LLP
One Newark Center, 18th Floor
Newark, NJ 07102

Kathleen M. Mills, Esquire
Fitzpatrick Lentz & Bubba, PC
4001 Schoolhouse Lane
Center Valley, PA 18034

Barry L. Cohen, Esquire
Sean S. Litz, Esquire
Royer Cooper Cohen Braunfield, LLC
101 W. Elm Street, Suite 220
Conshohocken, PA 19428

      /s/ Thomas More Holland
      THOMAS MORE HOLLAND, ESQUIRE
      Attorney for Plaintiff,
      Kathleen Schaeffer

DATE: November 8, 2013